**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**VOLUNTARY PETITION**

Case No.  09 B

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle: **CENTRAL PARK DEVELOPMENT, LLC** | Name of Joint Debtor (Spouse): |
| All other names used by Debtor in the past eight (8) years: (include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8) years: |
| Social Security/EIN/Tax ID No. (if more than one, state all): XXX-XX-XXXX | Social Security/EIN/Tax ID No. (if more than one, state all): |
| Street Address of Debtor: 1976 Richmond Northbrook, Illinois  60062-6715 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business Cook | County of Residence or Place of Business |
| Mailing Address of Debtor or of Joint Debtor (if different from street address) | |

Location of Principal Assets of Business Debtor (if different from street address):

**Type of Debtor**
__  Individual
___  Corporation
___  Partnership
_X__  Other (if not one
Of above entities, state
Type of entity below)
          Illinois LLC

**Type of Business**
__ Health Care Business
__ Single Asset Real Estate as defined
   in 11 U.S.C. Section 101(51B)
__ Railroad
__ Stockbroker
__ Commodity Broker
__ Clearing Bank
__ Other
**Tax-Exempt Entity**
__ Debtor is a tax-exempt
organization under Title 26
United States Code (the Internal
Revenue Code).

**Chapter of Bankruptcy Code of Filing**
__ Chapter 7          __ Chapter 15 Petition
__ Chapter 9             for Recognition of
_X_Chapter 11        Foreign Main Proceeding
__ Chapter 12        __ Chapter 15 Petition for
__ Chapter 13        Recognition of a Foreign
                      Nonmain Proceeding

**Nature of Debts**
__ Primarily Consumer  _X_ Primarily business
Debts, defined in 11 USC
101(8) as "incurred by an
individual primarily for a
personal, family or house-
hold purpose."

**Filing Fee**
_X_  Full filing fee attached
__    Filing fee to be paid in installments (individuals
only).  Must attach signed application for court's consideration
certifying That debtor is unable to pay fee except in installments.
Rule 1006(b).  See Official Form 3A.
__    Filing Fee waiver requested (Chapter 7 individuals
Only).  Must attch signed application for court's consideration.
See Official Form 3B.

**Chapter 11 Debtors**
_X_Debtor is a small business under 11 USC
   101(51D).
__ Debtor is not a small business under 11
   USC 101(51D).

_X_  Debtor's aggregate noncontingent
liquidated debts (excluding debts owed to
insiders or affiliates) are less than  $2,190,000.

**Statistical / Administrative Information**
_X___  Debtor estimates that funds will be available for distribution to unsecured creditors.
____   Debtor estimates that, after exempt property is excluded and administrative expenses
        paid, there  will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X__  1 – 49          ____  50 – 99          ____   100 or more

**Estimated Assets**
__    $0 – $50,000       ____    $50,001 - $100,000 _X_ $100,001 or greater

**Estimated Debts**
__    $0 – $50,000       ____    $50,001 - $100,000 _X__ $100,001 or greater

**VOLUNTARY PETITION**          Name of Debtor(s):                    Page 2
**CENTRAL PARK DEVELOPMENT, LLC**
**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:          Case Number:          Date of Filing:

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:          Case Number:          Date of Filing:
District:          Relationship:          Judge:

**Exhibit A**
(To be completed if Debtor is required
To file periodic reports with the Securities
and Exchange Commission and requesting
relief under Chapter 11).
___ Exhibit A attached.

**Exhibit B** (to be completed if debtor is an individual whose debts
are primarily consumer debts)
I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the
foregoing Petition, declare that I have informed the Petitioner(s) that
she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United
States Code, and explained to her the relief available under each
Chapter. I certify that I have delivered to Debtor the notice required by
Title 11 USC Section 342(b).

_____
Signature of Michael J. Greco, Attorney for Debtor(s)   Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable
harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a
separate Exhibit D).
__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days
preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United
States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in
regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

_____
(Name of Landlord that obtained judgment)
(Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances under which the debtor would
be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was
entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the
30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification. (11 USC Section 362(1)).

**VOLUNTARY PETITION**          Name of Debtor(s):                          Page 3
**CENTRAL PARK DEVELOPMENT, LLC**


**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct.
and that I have been authorized to file this Petition on behalf of the Debtor.


Debtor requests the relief in accordance with the Chapter of Title 11 United States Code
specified in this petition.


Debtor **CENTRAL PARK DEVELOPMENT, LLC**




_____/s/_____
Signature of Authorized Individual


_____/s/_____
Printed Name of Authorized Individual


_____/s/_____
Title of Authorized Individual



_____12/14/2009_____
Date

**Signature of Attorney\***


Respectfully submitted,

By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:   December 14, 2009

**In re:  CENTRAL PARK DEVELOPMENT, LLC, Debtor.**     Case No.  **09 B**

**SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS**

_____ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| Fifth Third Bank 222 S. Riverside Plaza 32d Floor Chicago, IL  60606 | | Mortgage loan, mortgage on 600 Milwaukee Ave., Glenview, IL  60025 Value:  $43,850,000.00 | $10,280,000.00 | 0.00 |
| Catfish Glenview LLC 3500 S. DuPont Highway Dover, DE  19901 | | Mortgage loan, mortgage on 600 Milwaukee Ave., Glenview, IL  60025 Value:  $43,850,000.00 | $6,200,000.00 | 0.00 |

TOTAL          $16,480,000.00

\_\_0\_\_ continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  CENTRAL PARK DEVELOPMENT, LLC, Debtor        Case No. 09B**

**SCHEDULE E  --  Creditors Holding Unsecured Priority Claims**

___X___  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|

                                                                                    TOTAL        0.00

__0__  continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  CENTRAL PARK DEVELOPMENT, LLC, Debtor      Case No. 09B**

**SCHEDULE F  --  Creditors Holding Unsecured Nonpriority Claims**

_____  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No. Qorval 2210 Vanderbilt Beach Rd. Suite 1206 Naples, FL  34109 | | Construction Contracting (Not completed) | D | $25,000.00 |
| Acct No. Horwood Marcus Berk 180 N. La Salle St. Suite 3700 Chicago, IL  60601 | | Legal Services | | $42,000.00 |
| Acct No. FCL Builders 1150 Spring Lake Dr. Itasca, IL  60143 | | Construction Contract | | $2,337,583.16 |
| Acct No. 153 Heating 1045 Hohlfelder Rd. enview, IL  60025 | | Construction Contract | | $80,000.00 |
| Acct No. Bleck Engineering Co. 1375 N. Western Ave. Lake Forest, IL  60045 | | Construction Contract | | $61,422.63 |
| Acct No. Taylor Excavating 3511 N. Ravenswood Ave. Suite 1 Chicago, IL  60657 | | Construction Contract | | $10,718.00 |

Page 1 of 2                                        Page 1 total     $2,556,723.79

\_\_1\_\_  continuation sheets attached                    (Report also on Summary of Schedules)

**SCHEDULE F  (continued) --  Creditors Holding Unsecured Nonpriority Claims**

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No. <br> Waldenstate Development Co. <br> 1040 Milwaukee Ave. <br> Wheeling, IL  60090 | | Construction Contract | | $28,499.97 |
| Acct No. <br> Grivas Krause Assoc. <br> 723 W. Algonquin Rd. <br> Arlington Heights, IL   60005 | | Construction Contract | | $2,300.00 |

Page 2 total          $30799.97

Page 2 of 2                              AGGREGATE TOTAL    $2,587,523.76

__1__ continuation sheets attached                (Report also on Summary of Schedules)

**In re:  CENTRAL PARK DEVELOPMENT, LLC, Debtor**      **Case No. 09B**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**


DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of seven sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:        12/14/2009


Signature (electronic):_____/S/_____

**CENTRAL PARK DEVELOPMENT, LLC**
**by Steve Kang, Member of CENTRAL PARK**
**DEVELOPMENT, LLC**


Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254